JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-3089

ROSE LEDA EHLER (State Bar No. 296523)
rose.ehler@mto.com
VICTORIA DEGTYAREVA (State Bar No. 284199
Victoria.degtyareva@mto.com
LAURA M. LOPEZ (State Bar No. 313450)
laura.lopez@mto.com
ARIEL TESHUVA (State Bar No. 324238)
ariel.teshuva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:	(213) 683-9100
Facsimile:	(213) 687-3702

LAUREN BELL (*pro hac vice*)
lauren.bell@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington D.C., 20001
Telephone: (202) 220-1125

Attorneys for SNAP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| C.U. and S.U., <br><br> Plaintiffs, <br><br> vs. <br><br> META PLATFORMS, INC., *formerly known as* FACEBOOK, INC.; SNAP, INC.; ROBLOX CORPORATION; DISCORD INC., and DOES 1-100, INCLUSIVE, <br><br> Defendants. | Case No. 3:22-cv-7347 <br><br> **NOTICE OF REMOVAL OF CIVIL ACTION** <br><br> (San Francisco County Superior Court, Case No. CGC-22-602249) |

-1-

Case No. 3:22-cv-7347

DEFENDANT SNAP INC'S NOTICE OF REMOVAL

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on November 21, 2022, pursuant to 28 U.S.C. §§ 1331, 1367(a), 1441, and 1446, Defendant Snap Inc. ("Snap") herby removes this action to the United States District Court for the Northern District of California, San Francisco Division.  This matter was commenced as Case Number CGC-22-602249 in the Superior Court of the State of California, County of San Francisco.  In support of this removal, Snap states the following:

1. Plaintiffs C.U. and S.U. initiated this action against Defendants Meta Platforms, Inc. ("Meta"), Snap, Roblox Corporation, Discord Inc., and Does 1-100 ("Defendants") by filing a Complaint in the Superior Court of the State of California, County of San Francisco on or about October 6, 2022, entitled *C.U. and S.U. v. Meta Platforms, Inc. et al.*, Case No. CGC-22-602249. Attached to the Declaration of Jonathan H. Blavin as Exhibits 1 and 4 are true and correct copies of the Summons and Complaint.

2. Plaintiffs allege claims for: (1) strict products liability under a design defect theory (Count One); (2) strict products liability under a failure to warn theory (Count Two); (3) negligence (Count Three); (4) violation of California Business and Professions Code §§ 17200 et seq. (Count Four); (5) unjust enrichment (Count Five); (6) invasion of privacy (Count Six), and (7) violation of 18 U.S.C. §§ 1595 and 1591 (Count Seven).  The first three counts are alleged against all Defendants; the fourth, fifth, and sixth counts are alleged against Defendants Meta and Snap only; and the seventh count is alleged against Snap only.

3. Plaintiffs' claims all arise out of S.U.'s alleged use of social media applications owned and operated by Defendants.  Plaintiffs allege that these applications are addictive and harmful to users.  Plaintiffs specifically allege that S.U. was addicted to these applications and thereby encountered users who exploited her, leading to mental health harms, several psychiatric hospitalizations, substance abuse, and other adverse consequences.   Compl. ¶¶ 209-276.

4. Defendants Meta, Roblox Corporation, and Discord Inc. consent to the removal of this action.

**JURISDICTION AND BASIS FOR REMOVAL**

5. Federal courts have original jurisdiction over any claim that "aris[es] under the Constitution, laws, or treaties of the United States," 28 U.S.C. § 1331, and any such claim is removable, *see id.* § 1441(a). Here, removal is proper on the basis of federal question jurisdiction because Plaintiffs' seventh cause of action arises under federal law, and specifically under The Trafficking Victims Protection Act of 2000 ("TVPA"), 18 U.S.C.§§ 1591, 1595. This Court has original jurisdiction over claims arising under the TVPA. *See Bridges v. Poe*, 487 F. Supp. 3d 1250, 1263 (N.D. Ala. 2020) (recognizing federal question jurisdiction over TVPA claims).

6. Plaintiffs' other claims all arise from the same "common nucleus of operative fact," *United Mine Workers of America v. Gibbs*, 383 U.S. 715, 725 (1966)—that is, Plaintiff S.U.'s alleged addiction to social media applications and the subsequent harms allegedly caused by that addiction—and accordingly form part of the same "case or controversy," allowing this Court to exercise supplemental jurisdiction over them. *See* 28 U.S.C. § 1367(a); *Bridges*, 487 F. Supp.at 1263 (exercising supplemental jurisdiction over state law claims related to a TVPA claim).

**PROCEDURAL MATTERS**

7. <u>No Waiver or Admission.</u> This Notice of Removal is presented for the purpose of establishing jurisdiction only. Snap denies the allegations and damages claimed in the Complaint, and files this Notice of Removal without waiving any defenses, exceptions, or obligations that may exist in its favor in either state or federal court. Nothing herein shall constitute an admission as to any of the allegations in the Complaint, including whether Plaintiffs are entitled to recover any relief whatsoever as a result of their claims.

8. <u>Removal is Timely.</u> Snap was served with the Complaint on November 2, 2022. Thus, this notice of removal is timely, as it is being "filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3).

9. <u>Removal to Proper Court.</u> This Court is part of the "district and division embracing the place where" the action was filed—San Francisco. 28 U.S.C. § 1441(a).

1  10. <u>Pleadings and Process.</u>  Pursuant to 28 U.S.C. § 1446(a), "all process, pleadings, and orders served upon" or obtained by Snap are attached as exhibits to the Declaration of Jonathan H. Blavin, filed concurrently herewith.

11. <u>Filing and Service.</u>  Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the Superior Court of the State of California, County of San Francisco, and will be served on all counsel of record.  This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11.  *See* 28 U.S.C. § 1446(a).

BASED ON THE FOREGOING, Snap hereby removes this Action, now pending as Case No. CGC-22-602249, in the Superior Court of the State of California, County of San Francisco, to the United States District Court for the Northern District of California.

DATED:  November 21, 2022

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP
JONATHAN H. BLAVIN

By:    */s/ Jonathan H. Blavin*
JONATHAN H. BLAVIN
Attorneys for Defendant SNAP INC.