JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105-3089

ROSE LEDA EHLER (State Bar No. 296523)
rose.ehler@mto.com
VICTORIA DEGTYAREVA (State Bar No. 284199
Victoria.degtyareva@mto.com
LAURA M. LOPEZ (State Bar No. 313450)
laura.lopez@mto.com
ARIEL TESHUVA (State Bar No. 324238)
ariel.teshuva@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:	(213) 683-9100
Facsimile:	(213) 687-3702

LAUREN BELL (*pro hac vice*)
lauren.bell@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington D.C., 20001
Telephone: (202) 220-1125

Attorneys for SNAP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| C.U. and S.U.,<br><br>           Plaintiffs,<br><br>    vs.<br><br>META PLATFORMS, INC., *formerly known as* FACEBOOK, INC.; SNAP, INC.; ROBLOX CORPORATION; DISCORD INC., and DOES 1-100, INCLUSIVE,<br><br>           Defendants. | Case No. 3:22-cv-7347<br><br>**DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF DEFENDANT SNAP INC.'S NOTICE OF REMOVAL OF CIVIL ACTION** |

# DECLARATION OF JONATHAN H. BLAVIN

I, Jonathan H. Blavin, declare as follows:

1. I am an attorney in the law firm of Munger, Tolles & Olson LLP, counsel of record for Defendant Snap Inc. ("Snap"). I make this declaration in support of Snap's Notice of Removal of Civil Action. Unless stated otherwise, I have personal knowledge of the statements set forth below and, if called as a witness, could testify competently thereto.

2. I have met and conferred with counsel for defendants Meta Platforms, Inc., Roblox Corporation, and Discord Inc., and I understand that they consent to the removal of this action to federal court.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the complaint, filed on October 6, 2022.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Civil Case Cover Sheet, filed on October 6, 2022.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Notice to Plaintiff, filed on October 6, 2022.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a Summons, filed on October 12, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: November 21, 2022          Respectfully submitted,

                                  MUNGER, TOLLES & OLSON LLP


                                  By:    */s/ Jonathan H. Blavin*
                                         JONATHAN H. BLAVIN
                                  Attorneys for Defendant Snap Inc.